Cause 2015 CR7177          84,293-01

The State of Texas          In the District Court
                vs.          187th Judicial District
LaQuint C. Sullivan          Bexar County, Texas

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 07 2015

Abel Acosta, Clerk

Petition for Writ Habeas Corpus
to Reduce State Jail felony to misdemeanor
Punishment

To The Honorable Judge of said Courts

Come Now LaQuint C. Sullivan, Petitioner in the above
styled and numbered cause & files this His Writ to Reduce
State Jail felony to misdememeanor Punishment and in support
of said writ would Show the Court the following:

## I

Petitioner was charged on the 26th day of September, 2014,
with the state Jail felony offense of less than 1 gram, which
is a violation of section _____, the Texas Penal/Health and
safety code.

**This document contains some pages that are of poor quality at the time of imaging.**

## II

On the day of July 14, 2015 Petitioner was adjudged
guilty of said offense.

## III

Pursuant to Section 12.44 of the Texas Penal code, Petitioner
asks the court to consider the Gravity & circumstances of the
offense committed and the history, character and Rehabilitative
needs of the Petitioner And find that ends of Justice would be
best served by Reducing Petitioner's Punishment to that of a Class

A misdemeanor according to *Ex Parte' Sparks 206 S.W 3d at 680* when a felony conviction was rendered on a Guilty Plea, when in fact the offense was a misdemeanor, HAbeas CorPus is available. The Reduction would only bring Petitioner's Right to fundamental fairness under Due Process *Ingram, 979 F2d at 1184*. Petitioner's 5th + 14th Amendment. Petitioner seeks Reduction of length of length of his sentence in light of *Amendment 706. U.S vs Jemison 237 F3d 911.917 (7th Cir 2001*. Petitioner feels that his 8th [ARt.1.09] Amendment has been violated also [Cruel + Unusual Punishment] excessive Punishment of 19 months State Jail, when in fact Petitioner's history shows that he has Never been convicted of any type of control substance a day in his life and Quality for the 12.44. (B) the court May authorize the Prosecuting Attorney to Prosecute a state Jail felony as a Class A misdemeanor.

   Petitioner Alleges that according to GOVT §508.283. Sanctions: E, subsection (d). Petitioner fights for a Sanction. /12.44

Respectfully Submitted

_Laduot C. Sullo_
Petitioner

_Laht C. Sul_
Pro 'se

### Certificate of Service

   I hereby certify that on this the 1st day of Dec. 2015, a true And correct copy of the Above And foregoing writ HAbeas CorPus to Reduce State Jail felony wAs transmitted to the office of the Bexar Co. District Attorny, Criminal Justice center. 101 w. Nuevo, San Antonio, TX 78205

### ORder

On this the ____ of ____, ____ came on to be heard Petitioner's Writ: STATE Jail felony to misdemeanor and said writ is hereby:
☐ Granted    ☐ Denied

Signed this ___ day of ____, ____.

_____
Judge Presiding

State of Texas

vs.

LaQuin Sullivan

---

## Writ, Habeas Corpus for Forfeiture Hearing/Return Property

To The Honorable Judge of said Court:

Now comes LaQuint C. Sullivan, Petitioner And files the Habeas Corpus for forfeiture Hearing, Return Property and in support would Show:

Petitioner, Defendant was arrested on the 26th of September, 2014 And charged with Tampering with evidence And Poss. C/S Less than 1 Gram. The Property seized was U.S Currency. Violation of 5th, 6th, 14 Amendment NO Property should be seized without just compensation.

2. Defendant should have Named in a forfeiture suit under CCP 59.04 (A), (J) / 59.05 (B). More than 30 days have passed

---

On the 14th day of July 2015 in Court Room 187 with Judge Steph. Hillbig Presiding, a negotiated Plea was not completed. There was a Motion to Return Property forfeiture Hearing in Process. Yet The Judge recessed this Motion for the following week. Re No Continue for Defendant has occured. Since then Defendant has had a change of Attorney (Oliver Wood III) only 12 hours after he signed the Plea Bargain in which this ~~po~~ plea was not complete, along with Poor assistant by Attorn Jeffrey Scott. The Plea Bargain stated that all funds should be return to Applicant. Ex Parte Morrow. 952 sw 2d 530, 534-35 (Tex crim App. 1997) Godbehere U. State 882 SW 2d 57. #217,590 v State, 970 sw 2d 660, 663) 18. sw 3d 631 (Tex 2000)

This subdivision shall have no Application to suits For ~~seamai~~ seamien's wages when Process is issued upon a certification of sufficient cause filed Pursuant to Title 46, U.S.C §§ 603 and 604 or to actions by the United States For Forfeitures For violation of any statute of the United States (5) Release of Property, Article 47.01 (c) 47.02 states That:

At hearing under subsection (A), Any interested Person may Present evidence showing that the Property was not acquired by theft or another offense or that the Person is entitled to Process the Property.

Petitioner advise his Attorney Jeffrey James scott who he has made many complaints to of help getting Property returned, to file this Habeas Corpus in order to release $1,725 of U.S. Currency to father Eddie ElRoy sullivan who is the Power of Attorney of Petitioner.

The Plea Bargain that was represented by Attorney Jeffrey James Scott, that All funds should be returned to Applicant. Ex Parte' Morrow. 952 sw 2d 530, 534-35 (Tex crim. App 1997) Godbehere U. State 882 sw 2d 57 (July 14, 2015) $217,590 v state, 970 sw 2d 660, 663), 18. sw 3d 631 (Tex 2000)

Therefore, this here Habeas Corpus should Proceed just like any other civil cases. As well as signed off by Petitioner's Attorney Jeffrey J. scott Bar # For the State 17900800 Rule 32 (d) Signature, federal & State Procedure wherefore, Premises considered, Petitioner Prays this Honorable Court grant him this relief via hearing to determine And filed the facts which Resulted in the detention, ~~search~~ Under the Law of Texas in violation of the constitution of the United State

Attorney / Pro'se'

Respectfully Submit

Petitioner

## Certificate of Service

I hereby cerify that on this ___10th___ day of ~~August~~ December ___2015___ ; a true And correct copy of the above And foregoing Writ Habaes Corpus For Execution of Process was delivered to the Bexar County Criminal District Attorny office, 300 Dolorosa, San Antonio, TX 78205

_____
Defendant

## Order

On this the ___10th___ day of ___August___, 2015 came on to be heard Petitioner' ~~Writ Habeas Corpis~~ ~~of Process~~ And said writ is hereby

( Granted ) ( Denied )

Signed this the ___10th___ day of ___August___

_____
Judge Presiding

Cause#7177
#2233

State of Texas
vs.
LAQuint C. Sullivan

In The District Court
187 Judicial District
Bexar County, Texas

## Return Property/ForFeiture
## Hearing for Writ of Mandamus

To The said Honorable Court:

Now Comes LAQuint C. Sullivan. Petitioner and asks forfeiture hearing of court to ask court to file the Attached Petition for Writ of Mandamus and would show the following:

This is an Extraordinary Case that Requires Courts to Exercise Due Diligence because Petitioner has no ADeQuate Remedy at Law, it involves Ministerial Acts only And Petitioner has Been unsuccessful in obtaining relief from the Trial Judge. The 11th Amendment States "under U.S. Constitutional rights" The Judicial Power of the united States shall not be Construed to Extend to any suit in law or EQuity, Commenced or Prosecuted Against one of the United States by Citizens of another state or by citizens of any foreign State.

13th Amendment Section 1

All Persons born or naturalized in the United States And subject to the Jurisdiction thereof, are citizens of the United States And of the State wherein they reside. No state shall make or enforce any law which shall abridge the Privileges or immunities of citizens of the United States, Nor shall any state deprive any Person of life, liberty or Property without Just Compensation.

⑧

State of Texas
vs.

Sullivan, LAQuint Contrell

CAUSE NO. 2015CR2233
Cause No. ~~2015CR~~7177
CR7177

In The District Cour
187th Judicial Distri
Bexar County, Texas

## Certificate of Service

I hereby Certify that a true and Correct Copy of the foregoing Petitions for a writ of Habeas Corpus ;Relief has been Sent to the Bexar County District Attorney 101 W. Nueva Street ,San Antonio, Texas 78205 on this ___10___ day of ~~June~~ ,2015
DEC.

Respectfully Submitted
LaQuit C. Sul
Petitioner filing

## Order

On this the ___ day of ___ , ___
Came on to be heard Petitioners Petitition for a writ of Habeas Corpus, Relief, and Said Petition is hereby:

< > Granted          < > Denied

Signed on this ___ day of ___ , ___

_____
Judge Presiding